*Thursday, March 6, 1997*

## MOTION DOCKET

**96–2872. State v. Raglin.**
Hamilton C.P. No. B96000135. This cause is pending before the court as an appeal from the Court of Common Pleas of Hamilton County. Upon consideration of appellant's motion for an order suspending briefing time pending the filing of the transcript of proceedings,

IT IS ORDERED by the court that the motion for an order suspending briefing time pending the filing of the transcript of proceedings be, and hereby is, granted, effective March 5, 1997.

IT IS FURTHER ORDERED by the court that the briefing schedule under S.Ct.Prac.R. XIX(5)(A), shall commence when the Clerk of the Supreme Court receives and files the transcript of proceedings from the trial court.

**97–106. State ex rel. Magyar v. McQuade.**
Erie App. No. E–96–045. This cause is pending before the court as an appeal from the Court of Appeals for Erie County. On March 4, 1997, appellants tendered for filing a motion to supplement the record but did not tender the number of copies required by S.Ct.Prac.R. VII(5)(A)(9). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that appellants' motion to supplement the record be, and hereby is, stricken, effective March 5, 1997.

**97–141. State v. Raglin.**
Hamilton App. No. C–970009. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion for an order suspending briefing time pending the filing of the transcript of proceedings,

IT IS ORDERED by the court that the motion for an order suspending briefing time pending the filing of the transcript of proceedings be, and hereby is, granted, effective March 5, 1997.

IT IS FURTHER ORDERED by the court that the briefing schedule under S.Ct.Prac.R. XIX(5)(A), shall commence when the Clerk of the Supreme Court receives and files the transcript of proceedings from the trial court.

## MISCELLANEOUS DISMISSALS

**96–2359. Simpson v. Estate of Simpson.**
Butler App. Nos. CA95–10–180 and CA95–11–190. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective March 5, 1997.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.